1062

[No. 34431-9-II. Division Two. July 17, 2007.]

EUGENE WHITEHEAD ET AL., *Appellants*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-2-02956-1, Russell W. Hartman, J., entered January 20, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.

[No. 34653-2-II. Division Two. July 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES E. WIEGARD, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 05-1-00635-2, Richard L. Brosey, J., entered April 4, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 34892-6-II. Division Two. July 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES ELLIOTT CUNNINGHAM, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-1-00513-9, Robert L. Harris, J., entered May 24, 2006. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 35117-0-II. Division Two. July 17, 2007.]

CITY BANK, *Respondent*, v. S & HY CORPORATION ET AL., *Defendants*, COLONY INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-2-04065-7, Frank Cuthbertson, J., entered June 30, 2006. *Reversed* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Penoyar, JJ.